Exhibit "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/2007
```

JULIA LIU,

      Plaintiff,      ECF

              06 cv 15277 (DAB)

- against -

RAJ RAJARATNAM; GALLEON MANAGEMENT, STIPULATION OF DISMISSAL
L.P.; GALLEON MANAGEMENT, L.L.C.; and  WITH PREJUDICE

      Defendants.

The undersigned counsel for all parties hereby stipulate and agree that, pursuant to Federal Rule of Civil Procedure 41(a)(1) and other applicable law, the above-styled action is hereby dismissed, with prejudice. Each party agrees to bear its own costs and attorney's fees in this action.

[SIGNATURES ON THE FOLLOWING PAGE]

**SO ORDERED**

*Deborah A. Batts* 6/1/2007
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

- 10 -

LEGAL02/30309452v2

Liu's Initials: JL
Galleon's Initials: GL
Rajaratnam's Initials: RR

Dated: New York, New York
       April 30, 2007

                              ALSTON & BIRD, LLP
                              Attorneys for Defendants

                              By: *Alicia P. St*——
                              Lindi L. Beaudreault (LB-7524)
                              lindi.beaudreault@alston.com
                              The Atlantic Building
                              950 F Street, NW
                              Washington, DC  20004-1404
                              202-756-3399 (telephone)
                              202-654-4899 (facsimile)
                              Christopher C. Marquardt (CM-9966)
                              chris.marquardt@alston.com
                              Alicia P. Starkman (AS-8714)
                              alicia.starkman@alston.com
                              1201 West Peachtree Street
                              Atlanta, GA  30309-3424
                              404-881-7000 (telephone)
                              404-881-7777 (facsimile)

                              BERENBAUM MENKEN BEN-ASHER
                              & BIERMAN LLP
                              Attorneys for Plaintiff

                              By: *John A B*——
                              John A. Berenbaum (JB-7944)
                              Kristen Finlon (KF-2575)
                              80 Pine Street, 32nd Floor
                              New York, New York  10005
                              212-509-1616 (telephone)
                              212- 509-8088 (facsimile)

- 11 -

Liu's Initials: _JL_
Galleon's Initials: _GR_
Rajaratnam's Initials: _RR_